Robin L. Cohen (rcohen@kasowitz.com)
Burt M. Garson (bgarson@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- X

| | |
|---|---|
| EDUARDO LI, | : |
| | 1:15-CV-06099 (RJD-JO) |
| Plaintiff, | : |
| | **ORDER TO SHOW CAUSE FOR** |
| -against- | : **PRELIMINARY INJUNCTION** |
| | **REQUIRING DEFENDANTS TO** |
| CERTAIN UNDERWRITERS AT LLOYD'S, | **PAY DEFENSE COSTS** |
| LONDON, AXIS SPECIALTY EUROPE SE; | : |
| | |
| Defendants. | : |

------------------------------------- X

Upon the Declaration of Robin L. Cohen, dated November 16, 2015, and the exhibits annexed thereto, and the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction Requiring Defendants to Pay Defense Costs, it is hereby:

ORDERED that the above-named Defendants, Certain Underwriters at Lloyd's, London and Axis Specialty Europe SE, shall show cause before the Honorable Raymond J. Dearie at Courtroom _____ of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on November ____, 2015, at _____ o'clock in the _____ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued and entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure:

(i) requiring Defendants to reimburse Plaintiff within ten (10) days for those unreimbursed defense costs incurred by Plaintiff through November 17, 2015 in connection with

an indictment issued by the Grand Jury for the Eastern District of New York and a related request by the United States Government to the Swiss authorities to extradite Plaintiff to the United States to stand trial;

    (ii) requiring Defendants to advance to Plaintiff defense costs associated with an indictment issued by the Grand Jury for the Eastern District of New York and a related request by the United States Government to the Swiss authorities to extradite Plaintiff to the United States to stand trial; and

    (iii) for such other relief as this Court deems just and proper.

    IT IS FURTHER ORDERED that service of a copy of this Order to Show Cause, together with all of its supporting papers upon which it is based, be made upon Defendants or their counsel by electronic mail, hand delivery or overnight delivery, on or before the _____ day of _____, 2015 which shall be deemed good and sufficient service thereof; and

    IT IS FURTHER ORDERED that answering papers, if any, shall be served upon Plaintiff's attorneys Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019, by electronic mail, hand delivery or overnight delivery on or before the _____ day of _____, 2015, which shall be deemed good and sufficient service thereof; and

    IT IS FURTHER ORDERED that reply papers, if any, shall be served upon Defendants or their counsel by electronic mail, hand delivery or overnight delivery, on or before the _____ day of _____, 2015, which shall be deemed good and sufficient service thereof.

Dated:  November ____, 2015
         Brooklyn, New York

                                    _____
                                    Honorable Raymond J. Dearie
                                    United States District Judge