Robin L. Cohen (rcohen@kasowitz.com)
Burt M. Garson (bgarson@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EDUARDO LI,                                        :

              Plaintiff,                     :     1:15-CV-06099 (RJD-JO)

    -against-                                    :

CERTAIN UNDERWRITERS AT LLOYD'S,          **DECLARATION OF BURT M. GARSON**
LONDON, AXIS SPECIALTY EUROPE SE;     :

             Defendants.                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      BURT M. GARSON, pursuant to 28 U.S.C. § 1746, declares as follows:

      1.      I am a member of the Bar of this Court and a partner with the law firm of

Kasowitz, Benson, Torres & Friedman LLP, attorneys for Plaintiff Eduardo Li. I am familiar

with the facts and pleadings in this proceeding.

      2.      I submit this Declaration in support of Plaintiff's Motion For Preliminary

Injunction Requiring Defendants To Pay Defense Costs.

      3.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of an e-mail sent from

Tracy S. Tkac, Esq., to me, Burt M. Garson, on December 10, 2015.

      4.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of the November 25, 2015

Superseding Indictment issued by the U.S. Attorney's Office in *United States of America v.*

*Jeffrey Webb, et. al.*, No. 15 CR 0252 (RJD).

5.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of a December 3, 2015

Federal Bureau of Investigation press release.


Dated:  New York, New York            Respectfully submitted,
        December 15, 2015

                                      KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                      By: _____
                                      Robin L. Cohen (rcohen@kasowitz.com)
                                      Burt M. Garson (bgarson@kasowitz.com)
                                      1633 Broadway
                                      New York, New York 10019
                                      Telephone:  (212) 506-1770

                                      *Attorneys for Plaintiff*