# Ronald A. Brand

email: rbrand@pitt.edu

**Office Address**:
University of Pittsburgh School of Law
3900 Forbes Avenue
Pittsburgh, PA 15260
phone: (412) 648-1307  fax: (412) 648-2648

**Home Address**:
217 Falconhurst Drive
Pittsburgh, PA 15238
phone: (412) 820-9213
cell: (412) 708-1707

**Employment**:

UNIVERSITY OF PITTSBURGH SCHOOL OF LAW

| | |
|---|---|
| 2015-present | Academic Director, Center for International Legal Education |
| 2011-present | Chancellor Mark A. Nordenberg University Professor |
| 2010-present | Distinguished Faculty Scholar |
| 2006-present | Director, S.J.D. Program |
| 1995-present | Director, LL.M. Program for Foreign Law Graduates (except 2004-05) |
| 1995-2015 | Director, Center for International Legal Education |
| 1991-present | Professor of Law |
| 1987-91 | Associate Professor of Law with tenure |
| 1982-87 | Assistant Professor of Law |

Courses taught: International Business Transactions, International Trade Seminar, Private International Law Seminar, Transnational Litigation, US-EC Trade Relations, Introduction to the American Legal System, Estates & Trusts, Estate Planning

Related teaching experience:

•Introduction to American Law, University of Ghent, Mar. 10-14, 2014
•U.S. Law for Int'l Comm. Contracts, University of Havana School of Law, Sept 19-21, 2012
•2011 Hague Academy Special Lectures on Private International Law
•Training courses in international commercial law and arbitration, and preparation for the Vis Arbitration Moot, University of Bahrain (2007-8), Sultan Qaboos University, Oman (2008-09; 2011-12), UAE University (2009-10), Qatar University (2010-11), University of Jordan (2011-12; 2014-15); Baghdad University (2012-13); Iraqia University (2013-14)
•International Commercial Law, Pitt/Touro/Zagreb summer Institute in International Commercial Law and Dispute Resolution, Zagreb and Zadar, Croatia, 2010-14
•Private International Law as a Transaction Planning Tool, University of Bologna Program on International Commercial Contracts, Ravenna, Italy, June 2009; June 2010, June 2011; University of Ravenna, June 2014
•Training Courses for US Steel lawyers, Kosice, Slovakia, June 2006; Nov 2007; Sept 2008
•Visiting Senior Fellow, Institute for Advanced Studies, U of Bologna, Italy, Apr-May, 2005
•Member, Garrigues Chair in Global Law, Univ. of Navarra, Pamplona, Spain, 2005-
•International Business Transactions Course: Univ. of Prishtina, Kosovo, June 2004; Univ. of Belgrade, Serbia, June 2002; Donetsk National Univ., Ukraine, Apr. 2002, June 2003
•Visiting lecturer, Meiji Gakuin Univ., Tokyo, Japan, May 1998
•Visiting exchange lecturer, Univ. of Ghent, Belgium, Mar.-Apr. 1998
•International Business Law Seminar, Univ. of Augsburg, Germany, July 1997
•Augsburg-Pittsburgh Transnational Litigation Seminar, Sion, Switzerland (with Professors Volker Behr and Mark Nordenberg), June 1994
•International Trade Dispute Resolution, Program on International Legal Cooperation, Vrije Universiteit Brussel, Belgium, Nov.-Dec. 1992 and Aug. 1989-June 1990
•International Trade Law Seminar, Univ. of Augsburg, Germany, June 1989 (with Professor Karl Meessen)

**Employment (cont.)**:

Awards:
- •2011 Doctor Iuris Honoris Causa, University of Augsburg
- •2011 ABA Section of International Law, Leonard J. Theberge Award for Private International Law
- •2003 Chancellor's Distinguished Public Service Award
- •1990 University Center for International Studies Senior Research Fellowship
- •1989 Fulbright Fellowship for Research in Belgium
- •1989 Chancellor's Distinguished Teaching Award
- •1988 Student Bar Association Excellence in Teaching Award

| | |
|---|---|
| 1979-1982  Associate | 1977-1979  Associate |
| GODFREY, PFEIL & NESHEK, S.C. | GODFREY & KAHN, S.C. |
| Elkhorn, WI 53121 | Milwaukee, WI 53202 |

**Education**:

CORNELL LAW SCHOOL, Ithaca, New York 14853
J.D., 1977, with Specialization in International Legal Studies
  CORNELL INTERNATIONAL LAW JOURNAL, Editor-in-Chief
  Jessup Moot Court Competition, Eastern Regionals – Runner-up Brief
  1976 Henry White Edgerton Award for outstanding writing in International Law
  Scribes Award (American Society of Writers on Legal Subjects)
  Head Resident, Sage Graduate Center, 1975-1977

UNIVERSITY OF NEBRASKA, Lincoln, Nebraska 68508
B.A., 1974, Political Science
  Regents Scholarship
  University Marching Band
  Delegate to 1974 Air Force Academy Political Science Assembly
  Member, University Team to St. Louis Regional Model United Nations
  Residence Hall Student Assistant, 1972-1974

**Representative Professional Activities**:

Member, U.S. Delegation to Working Group on Judgments, Hague Conference on Private International Law, 2013-present

Member, Inaugural Advisory Committee, Global Studies Center, University of Pittsburgh, 2012-present

Invited Expert Observer, United Nations Commission on International Trade Law, Working Group III on Online Dispute Resolution, 2010-present

Member, Advisory Committee, Center for Russian and East European Studies, University of Pittsburgh, 2010-present

Member, Advisory Board, Sultan Qaboos University College of Law, Muscat, Oman. 2010-present

**Representative Professional Activities (cont.)**:

Member, ASIL Working Group on Implementation of the Hague Convention on Choice of Court Agreements, 2010-2014

Observer, National Conference of Commissioners on Uniform State Laws (NCCUSL) Drafting Committee for the International Choice of Court Agreements Implementation Act, 2009-2012

Member, Executive Committee, American Branch of the International Law Association, 2006-present (Chair, Nominating Committee, 2009-11), (Member, Committee on ABILA Committee Rules of Procedure, 2011)

Member, American Law Institute 2000-present
Members Consultative Groups: International Jurisdiction and Judgments Project; Intellectual Property:  Principles Governing Jurisdiction, Choice of Law, and Judgments in Transnational Disputes; Principles of World Trade Law; Restatement, The Law of Consumer Contracts; Restatement, The U.S. Law of International Commercial Arbitration; Restatement Fourth, Foreign Relations Law of the United States; Restatement Third, Conflict of Laws

Member, U.S. Delegation to Special Commission of The Hague Conference on Private International Law negotiation of convention on jurisdiction and effects of foreign judgments in civil and commercial matters, and concluding the Hague Choice of Court Convention 1993-2005

Associate Member, International Academy of Comparative Law, 2008-present

Member, Editorial Advisory Board, *The Journal of Private International Law*, 2003-present

Member, Board of Editors, AMERICAN JOURNAL OF COMPARATIVE LAW

Member, American Society of International Law, 1977-present

Chairman, Ad hoc Committee to study international economic law programs, 1994-1995; Member, Interest Group on International Economic Law, 1983-present (Chairman 1987-1989; Vice-Chairman 1985-1987; Member, Advisory Committee, 2007-present)

Special Master, appointed by Federal District Judge Robert Cindrich, in *Dow Chemical Co. v. Federal Ins. Co.,* C.A. No. 94-0649, Western District of Pennsylvania

Member, Advisory Committee, EU Center of Excellence, University of Pittsburgh

Member, University Center for International Studies Global Studies Faculty Advisory Committee, 2003-present

Open Society Institute:  Academic Fellows Program International Scholar to support Kyiv-Mohyla Faculty of Law, 2007-08; Selection Committee for 2000-2001 Muskie/FSA Graduate Fellows in Law; selection committee for Palestinian Rule of Law Fellows 2007

**Representative Professional Activities (cont.)**:

Member, ABA Central and East European Law Initiative Working Group for Concept Paper on International Trade for Bulgaria, Kyrgyzstan, Moldova and Poland, 1994-1995

Member, Nominating Committee, American Society of International Law, 1992-1993

**Publications - Books:**

TRANSACTION PLANNING USING RULES OF JURISDICTION AND THE RECOGNITION AND ENFORCEMENT OF JUDGMENTS, HAGUE ACADEMY COLLECTED COURSES (Hague Academy of International Law, Pocketbook Series 2014)

TRANSACTION PLANNING USING RULES OF JURISDICTION AND THE RECOGNITION AND ENFORCEMENT OF JUDGMENTS, 358 HAGUE ACADEMY COLLECTED COURSES (*Recueil des cours*) 29-261 (2013)

FUNDAMENTALS OF INTERNATIONAL BUSINESS TRANSACTIONS Vols I and II (4th edition, CILE, 2013), (3rd edition, CILE, 2012); (2nd edition, CILE, 2011)
   3rd ediction cited in *Roser Technologies, Inc. v. Schreiber*, __ F. Supp. 2d ___, 2013 WL 4852314 (W.D.Pa. 2013)

FUNDAMENTALS OF INTERNATIONAL BUSINESS TRANSACTIONS: DOCUMENTS Supplement (4th edition, CILE, 2013), (3rd edition, CILE, 2012); (2nd edition, CILE, 2011)

RECOGNITION AND ENFORCEMENT OF FOREIGN JUDGMENTS (Federal Judicial Center International Litigation Guide 2012) available at:
http://www.fjc.gov/public/pdf.nsf/lookup/brandenforce.pdf/$file/brandenforce.pdf

THE EXPORT OF LEGAL EDUCATION: ITS PROMISE AND IMPACT IN TRANSITION COUNTRIES (with D. Wes Rist, Ashgate Press 2009)
   Reviewed by John Eddy, at 61 JOURNAL OF LEGAL EDUCATION 330 (2011)

INTERNATIONAL CIVIL DISPUTE RESOLUTION (with Charles Baldwin, David Epstein, and Michael Gordon, West Group, 2d edition 2008) (with Documents Supplement and Teacher's Manual)

THE 2005 HAGUE CONVENTION ON CHOICE OF COURT AGREEMENTS (with Paul M. Herrup, Cambridge University Press 2008)
   Reviewed at Paul Beaumont, *Hague Choice of Court Agreements Convention 2005: Background, Negotiations, Analysis and Current Status*, 5 JOURNAL OF PRIVATE INTERNATIONAL LAW 125 (2009); and by Paul Dubinsky, *Adventures in Treaty Interpretation*, 57 AMERICAN JOURNAL OF COMPARATIVE LAW 745 (2009)

DRAFTING CONTRACTS UNDER THE CISG, 4 CILE STUDIES (with Harry Flechtner and Mark Walter, Oxford University Press 2008)

**Publications - Books (cont.)**:

FORUM NON CONVENIENS: HISTORY, GLOBAL PRACTICE AND FUTURE UNDER THE HAGUE CONVENTION ON CHOICE OF COURT AGREEMENTS, 3 CILE STUDIES (with Scott Jablonski, Oxford University Press 2007)
> Reviewed at BUTTERWORTHS JOURNAL OF INTERNATIONAL BANKING AND FINANCIAL LAW 160-162 (March 2009)

PRIVATE LAW, PRIVATE INTERNATIONAL LAW, AND JUDICIAL COOPERATION IN THE EU-US RELATIONSHIP, 2 CILE STUDIES (West 2005)
> Reviewed at 2007-1 STUDI SULL'INTEGRAZIONE EUROPEA 203-207

THE DRAFT UNCITRAL DIGEST AND BEYOND – CASES, ANALYSIS AND UNRESOLVED ISSUES IN THE U.N. SALES CONVENTION, 1 CILE STUDIES (with Franco Ferrari and Harry Flechtner, 2005) (reissue of the original work published by Sellier European Law Publishers in 2004)

INTERNATIONAL CIVIL DISPUTE RESOLUTION (with Charles Baldwin, David Epstein, and Michael Gordon, West Group, 2004) (with Documents Supplement and Teacher's Manual)

THE DRAFT UNCITRAL DIGEST AND BEYOND – CASES, ANALYSIS AND UNRESOLVED ISSUES IN THE U.N. SALES CONVENTION (with Franco Ferrari and Harry Flechtner, Sellier European Law Publishers, 2004)
> Reviewed at 70 RABELSZ 422 (2006); 2005 NETHERLANDS INTERNATIONAL LAW REVIEW 133

FUNDAMENTALS OF INTERNATIONAL BUSINESS TRANSACTIONS (Kluwer Law International, 2000)
> Reviewed at 94 LAW LIBRARY JOURNAL 103 (2002)

FUNDAMENTALS OF INTERNATIONAL BUSINESS TRANSACTIONS: DOCUMENTS (Kluwer Law International, 2000)

ENFORCING FOREIGN JUDGMENTS IN THE UNITED STATES AND UNITED STATES JUDGMENTS ABROAD (American Bar Association Section of International Law and Practice, 1992)
> Reviewed at 28 TEXAS INTERNATIONAL LAW JOURNAL 427 (1993)

BASIC DOCUMENTS OF INTERNATIONAL ECONOMIC LAW (with Stephen Zamora, Commerce Clearing House, Inc. 1990)
> Reviewed at 42 INTERNATIONAL AND COMPARATIVE LAW QUARTERLY 196 (1993); 86 AMERICAN JOURNAL OF INTERNATIONAL LAW 433 (1992); 16 YALE JOURNAL OF INTERNATIONAL LAW 604 (1991)

DISCLAIMERS IN ESTATE PLANNING: A GUIDE TO THEIR EFFECTIVE USE (with William P. LaPiana, American Bar Association Section on Real Property, Probate and Trust Law 1990)

**Publications - Books (Series Editor)**:

MICHAEL KARAYANNI, CONFLICTS IN A CONFLICT: A CONFLICT OF LAWS CASE STUDY ON ISRAEL AND THE PALESTINIAN TERRITORIES, 5 CILE Studies (Oxford University Press, 2014)

**Publications: Articles & Chapters:**

Building on the Bergsten Legacy: The Vis Moot as a Platform for Legal Education, __ JOURNAL OF LAW AND COMMERCE __ (forthcoming 2016)

The Continuing Evolution of U.S. Judgments Recognition Law, (publication forthcoming)

State Recognition, Private International Law, and Kosovo, __ REVIEW OF CENTRAL AND EAST EUROPEAN LAW (RCEEL) (forthcoming 2015)

Opting In to the CISG: Avoiding the Redline Products Problems, *in* A TRIBUTE TO JOSEPH M. LOOKOFSKY ch. 5 (with Harry M. Flechtner, Djøf Publishing, Copenhagen 2015)

Understanding Judgments Recognition, 40 NORTH CAROLINA JOURNAL OF INTERNATIONAL LAW AND COMMERCIAL REGULATION 877-907 (2015)

The Unfriendly Intrusion of Consumer Legislation into Freedom to Contract for Effective ODR, LIBER AMICORUM JOHAN ERAUW 365-380 (Maud Piers, Henri Storm, Jinske Verhellen, eds., Intersentia 2014)

The Evolving Private International Law/Substantive Law Overlap in the European Union, FESTSCHRIFT FÜR ULRICH MAGNUS ZUM 70. GEBURTSTAG 371-384 (Peter Mankowski & Wolfgang Wurmnest, eds., Sellier European Law Publishers, 2014)

Federal Judicial Center International Litigation Guide: Recognition and Enforcement of Foreign Judgments, 74 UNIVERSITY OF PITTSBURGH LAW REVIEW 491-548 (2013)
    Cited by the Supreme Court of Canada in *Chevron Corp. v. Yaiguaje*, 2015 SCC 42 (CanLII)

*Special Report: Kosovo After the ICJ Opinion*, Introduction, 74 UNIVERSITY OF PITTSBURGH LAW REVIEW 593-597 (2013)

*Cooperation in Legal Education and Legal Reform*, 74 UNIVERSITY OF PITTSBURGH LAW REVIEW 650-657 (2013)

*Shaping the Rule of Law Through Legal Education*, 75 AUGSBURGER RECHTSSTUDIEN: GERECHTIGKEITSFRAGEN IN GESELLSCHAFT UND WIRTSCHAFT, 40 JAHRE JURISTISCHE FACULTÄT AUGSBURG 11 (Arnd Koch & Matthias Rossi, eds. 2013)

Challenges to *Forum Non Conveniens*, 45 NYU JOURNAL OF INTERNATIONAL LAW AND POLITICS 1003-1035 (2013) *reprinted in* PROCEDURE AND PRIVATE INTERNATIONAL LAW (Wendy Collins Perdue, ed. Edward Elgar Publishing, forthcoming 2016)

**Publications - Articles and Chapters (cont.):**

Implementing the 2005 Hague Convention: The EU Magnet and the US Centrifuge, LIBER AMICORUM ALEGRIA BORRÁS 267-76 (Forner Delaygua-González Beilfuss-Vinñas Farré, ed. 2013)

Forum Non Conveniens, MAX PLANCK ENCYCLOPAEDIA OF PUBLIC INTERNATIONAL LAW (updated version 2013)

Jurisdictional Developments and the New Hague Judgments Project, A COMMITMENT TO PRIVATE INTERNATIONAL LAW: ESSAYS IN HONOUR OF HANS VAN LOON 89-99 (2013)

Party Autonomy and Access to Justice in the UNCITRAL Online Dispute Resolution Project, 10 LOYOLA UNIVERSITY CHICAGO INTERNATIONAL LAW REVIEW 11-36 (2012)

Access-to-Justice Analysis on a Due Process Platform, review of Christopher A. Whytock and Cassandra Burke Robertson, *Forum Non Conveniens and The Enforcement of Foreign Judgments,* 112 COLUMBIA LAW REVIEW *SIDEBAR* 76-82 (2012), http://www.columbialawreview.org/assets/sidebar/volume/112/76_Brand.pdf

Recognition Jurisdiction and the Hague Choice of Court Convention, LIBER AMICORUM KRESIMIR SAJKO 155-187 (Hrvoje Sikirić, Vilim Bouček, and Davor Babić, eds., 2012)

The Rome I Regulation Rules on Party Autonomy for Choice of Law: A U.S. Perspective, http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1973162 (posted Dec. 2011)

Mr. Bergsten's Neighborhood: The Vis Moot, Legal Education, and Rule of Law, INTERNATIONAL ARBITRATION AND INTERNATIONAL COMMERCIAL LAW: SYNERGY, CONVERGENCE AND EVOLUTION, LIBER AMICORUM ERIC BERGSTEN 687-696 (Stefan Kröll, Loukas Mistelis, Pilar Perales Viscasillas & Vikki Rogers, eds., 2011)

U.S. Implementation *vel non* of the 2005 Hague Convention on Choice of Court Agreements, 2010 YEARBOOK OF PRIVATE INTERNATIONAL LAW 107-122 (2011)

Promoting the Rule of Law: Cooperation and Competition in the EU-US Relationship, 72 UNIVERSITY OF PITTSBURGH LAW REVIEW 163-169 (2010)
Exporting Legal Education: Lessons Learned from Efforts in Transition Countries, 32 HARVARD INTERNATIONAL REVIEW 43-47 (Issue 2, Summer 2010) (available at: http://hir.harvard.edu/print/law-of-the-land/exporting-legal-education)

Arbitration or Litigation? Choice of Forum After the 2005 Hague Convention on Choice of Court Agreements, LVII BELGRADE LAW REVIEW 23-35 (Issue No. 3, 2009) (available at: http://www.ius.bg.ac.rs/Anali/Annals%202009/Annals%202009%20p%20023-035.pdf), also reprinted at 7 TRANSNATIONAL DISPUTE MANAGEMENT (Issue 1, April 2010)

Effective Techniques for Teaching About Other Cultures and Legal Systems, International Association of Law Schools Educational Program, Effective Teaching Techniques About Other Cultures and Legal Systems, p. 209, May 30, 2008 (available at: http://www.ialsnet.org/meetings/assembly/MasterBookletMontreal.pdf)

**Publications - Articles and Chapters (cont.):**

Consent, Validity, and Choice of Forum Agreements in International Contracts, LIBER AMICORUM HUBERT BOCKEN 541-553 (I Boone, I. Claeys, & L. Lavrysen, eds., Die Keure, 2009)

Treaties and the Separation of Powers in the United States: A Reassessment after *Medellín v. Texas*, 47 DUQUESNE LAW REVIEW 707-729 (2009)

The European Magnet and the U.S. Centrifuge: Ten Selected Private International Law Developments of 2008, 15 ILSA JOURNAL OF INTERNATIONAL AND COMPARATIVE LAW 367-393 (2009)

The Export of Legal Education: Its Promise and Impact in Transition Countries, THE EXPORT OF LEGAL EDUCATION: ITS PROMISE AND IMPACT IN TRANSITION COUNTRIES, chapter 1 (Ronald A. Brand and D. Wes Rist, eds. 2009)

Competition in and from the Harmonization of Private International Law, ECONOMIC LAW AS AN ECONOMIC GOOD, ITS RULE FUNCTION AND ITS TOOL FUNCTION IN THE COMPETITION OF SYSTEMS 353-368 (Karl M. Meessen, Marc Bungenberg and Adelheid Puttler, eds. Sellier European Law Publishers, Munich, 2009)

An American Perspective on the New Japanese Act on General Rules for Application of Laws, JAPANESE YEARBOOK OF INTERNATIONAL LAW 298-313 (2009) (with Tabitha Fish)

External Effects of Internal Developments:  A US Perspective on Changing Competence for Private International Law in Europe, *LIBER AMICORUM FAUSTO POCAR*: NEW INSTRUMENTS OF PRIVATE INTERNATIONAL LAW 163-179 (Stefania Bariatti and Gabriella Venturini eds. 2009)

Forum Non Conveniens, MAX PLANCK ENCYCLOPAEDIA OF PUBLIC INTERNATIONAL LAW (2008), *available at* http://www.mpepil.com/subscriber_article?script=yes&id=/epil/entries/law-9780199231690-e28&recno=3&subject=International%20procedural%20law

The Road to Vindabona:  Preparing for the Moot, THE VIS BOOK:  A PARTICIPANT'S GUIDE TO THE WILLEM C. VIS INTERNATIONAL COMMERCIAL ARBITRATION MOOT, Chapter 3 (Janet Walker, ed. 2008)

A New Role for Litigation in CISG Contracts:  The 2005 Hague Choice of Court Convention, DRAFTING CONTRACTS UNDER THE CISG, 149-166 (Harry Flechtner, Ronald A. Brand and Mark Walter eds., 2007)

Judicial Review and United States Supreme Court Citations to Foreign and International Law, 46 DUQUESNE LAW REVIEW 423-437 (2007)

Balancing Sovereignty and Party Autonomy in Private International Law:  Regression at the European Court of Justice, in UNIVERSALISM, TRADITION AND THE INDIVIDUAL, LIBER MEMORIALIS PETAR ŠARČIVIĆ 35-52 (Johan Erauw, Vesna Tomljenovic, and Paul Volken, eds., 2006)

**Publications - Articles and Chapters (cont.):**

CISG Article 31: When Substantive Law Rules Affect Jurisdictional Results, 25 JOURNAL OF LAW & COMMERCE 181-202 (2005/2006)

Federalism and the Allocation of Sovereignty Beyond the State in the European Union, 44 DUQUESNE LAW REVIEW 71-79 (2005)

The European Union's New Role in International Private Litigation, 2 LOYOLA UNIVERSITY CHICAGO SCHOOL OF LAW INTERNATIONAL LAW REVIEW 277-293 (2005)

Punitive Damages Revisited: Taking the Rationale for Non-Recognition of Foreign Judgments Too Far, 24 JOURNAL OF LAW AND COMMERCE 181-196 (2005)

Introductory Note to the 2005 Hague Convention on Choice of Court Agreements, 44 INTERNATIONAL LEGAL MATERIALS 1291-1293 (2005)

Private Law and Public Regulation in U.S. Courts, 2 CILE STUDIES, PRIVATE LAW, PRIVATE INTERNATIONAL LAW, AND JUDICIAL COOPERATION IN THE EU-US RELATIONSHIP 115-135 (Ronald A. Brand, ed. 2005)

The Lugano Case in the European Court of Justice: Evolving European Union Competence in Private International Law, 11 ILSA JOURNAL OF INTERNATIONAL & COMPARATIVE LAW 297-303 (2005)

The 1999 Hague Preliminary Draft Convention Text on Jurisdiction and Judgments: A View From the United States, THE HAGUE PRELIMINARY DRAFT CONVENTION ON JURISDICTION AND JUDGMENTS 3-40 (Fausto Pocar and Constanza Honorati, editors, 2005)
    -cited by the United States Solicitor General in *Goodyear Luxembourg Tires, S.A. v. Brown*, Brief for the United States as Amicus Curiae Supporting Petitioners, at 33-34 n 14.

The 1999 Hague Preliminary Draft Convention Text on Jurisdiction and Judgments: A View From the United States, XL RIVISTA DI DIRITTO INTERNAZIONALE PRIVATO E PROCESSUAL 31-62 (2004)

A Global Convention on Choice of Court Agreements, 10 ILSA JOURNAL OF INTERNATIONAL & COMPARATIVE LAW 345-351 (2004)

The Hague Conference Working Group Draft Text on Choice of Court Agreements, V YEARBOOK OF PRIVATE INTERNATIONAL LAW 35-51 (2004)

Concepts, Consensus and the Status Quo Zone: Getting to "Yes" on a Hague Jurisdiction and Judgments Convention, in TRILATERAL PERSPECTIVES ON INTERNATIONAL LAW 71-108 (C. Charmody, Yuji Iwasawa & Sylvia Rhodes eds., 2003)

Community Competence for Matters of Judicial Cooperation at the Hague Conference on Private International Law: A View from the United States, 21 JOURNAL OF LAW AND COMMERCE 191-208 (2002)

**Publications - Articles and Chapters (cont.):**

Sovereignty: The State, the Individual, and the International Legal System in the Twenty-First Century, 25 HASTINGS INTERNATIONAL & COMPARATIVE LAW REVIEW 279-295 (2002)

Current Problems, Common Ground, and First Principles: Restructuring the Preliminary Draft Convention Text, in A GLOBAL LAW OF JURISDICTION AND JUDGMENTS: LESSONS FROM THE HAGUE CONVENTION 75-116 (John J. Barcelo III and Kevin M. Clermont, eds., 2002)

Forum Selection and Forum Rejection in US Courts: One Rationale for a Global Choice of Court Convention, in REFORM AND DEVELOPMENT OF PRIVATE INTERNATIONAL LAW: FESTSCHRIFT FOR SIR PETER NORTH 51-87 (James Fawcett, ed., 2002)

Jurisdictional Common Ground: In Search of A Global Convention, LAW AND JUSTICE IN A MULTI-STATE WORLD: ESSAYS IN HONOR OF ARTHUR T. VON MEHREN 11-32 (James A.R. Nafziger and Simeon C. Symeonides, eds., 2002)

Comparative *Forum Non Conveniens* and the Hague Judgments Convention, 37 TEXAS INTERNATIONAL LAW JOURNAL 467-498 (2002), *reprinted in* PROCEDURE AND PRIVATE INTERNATIONAL LAW (Wendy Collins Perdue, ed. Edward Elgar Publishing, forthcoming 2016)

Where to from Here? Prospects for a Hague Convention on Jurisdiction and the Enforcement of Judgments, 16 INTERNATIONAL ARBITRATION REPORT 38-45 (Issue 10, October 2001)

Uni-State Lawyers and Multinational Practice: Dealing with International, Transnational and Foreign Law, 34 VANDERBILT JOURNAL OF TRANSNATIONAL LAW 1135-1168 (2001)

Intellectual Property, Electronic Commerce and the Preliminary Draft Hague Jurisdiction and Judgments Convention, 62 UNIVERSITY OF PITTSBURGH LAW REVIEW 581-603 (2001)

Due Process, Jurisdiction and a Hague Judgments Convention, 60 UNIVERSITY OF PITTSBURGH LAW REVIEW 661-706 (1999)

Preparing for a Hague Convention on Jurisdiction and the Recognition of Judgments, TRANSLEX: TRANSNATIONAL LAW EXCHANGE 10-14 (June 1999)

Comments on Functional Change in Property Rights in the Welfare State, in WELFARE STATES IN TRANSITION EAST AND WEST 41-49 (Irwin Collier, Herwig Roggemann, Oliver Scholz and Horst Tomann, eds. 1999)

Professional Responsibility in a Transnational Transactions Practice, 17 JOURNAL OF LAW AND COMMERCE 302-342 (1998)

Tort Jurisdiction in a Multilateral Convention: The Lessons of the Brussels Convention, 24 BROOKLYN JOURNAL OF INTERNATIONAL LAW 125-155 (1998)

**Publications - Articles and Chapters (cont.):**

Recognition of Foreign Judgments as a Trade Law Issue: The Economics of Private International Law, in THE ECONOMIC ANALYSIS OF INTERNATIONAL LAW 592-641 (Jagdeep Bhandari & Alan O. Sykes, eds., 1998)

Sustaining the Development of International Trade and Environmental Law, 21 VERMONT LAW REVIEW 823-872 (1997)

Direct Effect of International Economic Law in the United States and the European Union, 17 NORTHWESTERN JOURNAL OF INTERNATIONAL LAW AND BUSINESS 556-608, (1997)

Foreign Judgments in U.S. Courts, 2 CANADIAN INTERNATIONAL LAWYER/REVUE DE DROIT INTERNATIONAL 10-17, 24 (1996)

Punitive Damages and the Recognition of Judgments, 43 NETHERLANDS INTERNATIONAL LAW REVIEW 143-186 (1996)

Semantic Distinctions in an Age of Legal Convergence, 17 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 3-7 (1996)

External Sovereignty and International Law, 18 FORDHAM INTERNATIONAL LAW JOURNAL 1685-1697 (1995)

Legal Aspects of International Commodity Agreements, GLOBAL COMMODITY PRICE STABILIZATION, Ch. 1, 3-41 (Osman Suliman & Mahdi El-Baghdadi, eds., 1995) (with Todd Shenkin and Edward Meehan)

Enforcement of Judgments in the U.S. and Europe, 13 JOURNAL OF LAW AND COMMERCE 193-209 (1994)

Competing Philosophies of GATT Dispute Resolution in the Oilseeds Case and the Draft Understanding on Dispute Settlement, 27 JOURNAL OF WORLD TRADE 117-144 (Dec. 1993)

Commentary on Laws on Foreign Investment and Currency Regulation, TRADE & COMMERCIAL LAWS OF THE RUSSIAN FEDERATION: OFFICIAL CODIFICATION WITH COMMENTARY (1993)

Agreements to Arbitrate – Section 337 ITC Proceedings – Intellectual Property, 87 AMERICAN JOURNAL OF INTERNATIONAL LAW 292-295 (1993)

International Trade Law and the Arbitration of Administrative Law Matters: Farrel Corp. v. U.S. International Trade Commission, 31 COLUMBIA JOURNAL OF TRANSNATIONAL LAW 181-203 (1993)

Arbitration and Contract Formation in International Trade: First Interpretations of the U.N. Sales Convention, 12 JOURNAL OF LAW AND COMMERCE 239-260 (1993) (With Harry Flechtner), *reprinted in* 6 INTERNATIONAL QUARTERLY 1-25 (1994)

**Publications - Articles and Chapters (cont.):**

GATT and United States Trade Law:  The Incomplete Implementation of Comparative Advantage Theory, 2 JOURNAL OF LEGAL ECONOMICS 95-109 (1992) (followed by commentaries)

GATT and the Evolution of United States Trade Law, 18 BROOKLYN JOURNAL OF INTERNATIONAL LAW 101-142 (1992)

Exchange Loss Damages and the Uniform Foreign-Money Claims Act:  The Emperor Hasn't All His Clothes 23 JOURNAL OF LAW AND POLICY IN INTERNATIONAL BUSINESS 1-100 (1992)

Enforcement of Foreign Money-Judgments in the United States:  In Search of Uniformity and International Acceptance, 67 NOTRE DAME LAW REVIEW 253-334 (1991) *reprinted in* RECOGNITION AND ENFORCEMENT OF JUDGMENTS (Linda Silberman, ed., Edward Elgar Publishing, forthcoming 2016)

La Constitucion de los Estados Unidos y El Derecho Mercantil Internacional (The U.S. Constitution as it Applies to International Trade), Centro Washington Irving, U.S. Embassy, Madrid, Spain, Occasional paper, vol. 1, no. 1 (1990)

Americke Obchodni Zakony A Predpisy (United States Trade Laws and Practices), in JAK OBCHODOVAT S PODNIKY U.S.A. (Trade and Commercial Relations with U.S. Enterprises), United States Trade Development Program (1990)

Private Parties and GATT Dispute Resolution:  Implications of the Panel Report on Section 337 of the US Tariff Act of 1930, 24 JOURNAL OF WORLD TRADE 5-30 (June 1990)

The Status of the GATT in United States Domestic Law, 26 STANFORD JOURNAL OF INTERNATIONAL LAW 479-508 (1990)

Improving the Litigation Climate for Pennsylvania Business:  The Uniform Foreign Money-Judgments Recognition Act, 7 PITTSBURGH LEGAL JOURNAL 36 (July 1989) (with David Zicherman)

New Approaches to Foreign Currency Claims in U.S. Courts, 41 INTERNATIONAL PRACTITIONER'S NOTEBOOK 1 (January 1989)

Nonconvention Issues in the Preparation of Transnational Sales Contracts, 8 JOURNAL OF LAW AND COMMERCE 145-184 (1988)

Disclaimers, HANDBOOK OF ESTATE PLANNING Chapter 21 (D.L. Crumbley, ed., 1988)

Final Disclaimer Regulations Offer Flexibility in the Use of General Powers of Appointment for the Marital Deduction, 1987 TAXES – THE TAX MAGAZINE 133 (with William P. LaPiana)

**Publications - Articles and Chapters (cont.):**

Investment Duties of Trustees of Charitable Trusts and Directors of Nonprofit Corporations: Applying the Law to Investments That Acknowledge Social and Moral Concerns, 86 ARIZONA STATE LAW JOURNAL 631-689 (1987)

Using Disclaimer Adds More Flexibility to "Escape Clauses" for Taxable Insurance, 13 ESTATE PLANNING 278 (1986) (with William P. LaPiana)

Restructuring the U.S. Approach to Judgments on Foreign Currency Liabilities: Building on the English Experience, 11 YALE JOURNAL OF INTERNATIONAL LAW 139-190 (1985)

Introduction to Current Issues in International Antitrust Law: A Symposium, 5 JOURNAL OF LAW AND COMMERCE 315 (1985)

Estate Planning For the S Corporation Shareholder: Stock Transfers and Investment Tax Credit Recapture, 45 UNIVERSITY OF PITTSBURGH LAW REVIEW 625-645 (1984), *reprinted in* 35 MONTHLY DIGEST OF TAX ARTICLES 7 (June 1985)

Security Council Resolutions: When Do They Give Rise to Enforceable Legal Rights? The United Nations Charter, The Byrd Amendment, and a Self-Executing Treaty Analysis, 9 CORNELL INTERNATIONAL LAW JOURNAL 298-316 (1976)

**Book Reviews**:

A. Evans & P. Falk, Law and integration: Sweden and the European Community, LEGAL PUBLISHING PREVIEW 255 (Aug. 1992)

J. Kuntz & R. Perone, U.S. International Taxation, LEGAL PUBLISHING PREVIEW 259 (Aug. 1992)

T. Clasen, Foreign Trade and Investment, LEGAL PUBLISHING PREVIEW 105 (Apr. 1992)

B. Clubb, United States Foreign Trade Law, LEGAL PUBLISHING PREVIEW 45 (Feb. 1992)

D. Lasok, The Customs Law of the European Economic Community 3 LEGAL PUBLISHING PREVIEW 207 (July/Aug. 1991)

R. Bierwagen, GATT Article VI and the Protectionist Bias in Anti-dumping Laws, LEGAL PUBLISHING PREVIEW (Jan./Feb. 1991)

M. Prabhu, The Annotated Customs Act, LEGAL PUBLISHING PREVIEW (July 1989)

M. Gold & D. Leyton-Brown, Trade-Offs on Free Trade: The Canada-U.S. Free Trade Agreement, LEGAL PUBLISHING PREVIEW (April 1989)

A.F. Lowenfeld, Public Controls on International Trade, 23 COLUMBIA JOURNAL OF TRANSNATIONAL LAW 177 (1984)

**Other Publications**:

Tinkering with Private International Law as a Response to Alleged Human Rights Violations, Invited Symposium, *Letters Blogatory - The Blog of International Judicial Assistance,* (May 30, 2012), available at http://lettersblogatory.com/2012/05/30/tinkering-with-private-international-law-as-a-response-to-alleged-human-rights-violations/#comment-9331

Analysis and Proposal for Incorporation of Substantive Principles for ODR Claims and Relief into Article 4 of the Draft Procedural Rules, UNCITRAL Working Group III Working Paper 15, UN General Assembly Document A/CN.9/WG.III/WP.115 (2012), available at http://daccess-dds-ny.un.org/doc/UNDOC/LTD/V12/516/02/PDF/V1251602.pdf?OpenElement

Introduction to the Hague Convention on Choice of Court Agreements, 44 INTERNATIONAL LEGAL MATERIALS 1291 (2005)

Author, 1994 Niagara International Moot Court Problem and Bench Memorandum for the Canada-U.S. Law Institute

Co-author (with Professor Karl M. Meessen) of the 1991 Jessup International Moot Court Problem and Bench Memorandum for the International Law Students Association (ILSA) and the American Society of International Law

**Grants**:

2002-2005: co-director, Department of State University Affiliation: $299,999 awarded for exchange and curriculum development with Taras Schevchenko Kyiv National University Institute Relations Institute, Ukraine

2002-2005: co-director, Department of State University Affiliation: $480,235 awarded for exchange and curriculum development with the University of Pristina Faculty of Law, Kosovo

2001-2004: co-director, Department of State University Affiliation: $228,205 awarded for exchange and curriculum development with the University of Belgrade Faculty of Law, Serbia

1999-2002: co-director, USIA University Affiliation: $298,711 awarded for faculty exchange between the University of Pittsburgh School of Law and the Law Faculty of the Donetsk State University, Donetsk, Ukraine, to develop the Donetsk curriculum in the areas of clinical legal education and commercial and international business law

1991-1995: proposal author and project director, USIA University Affiliation, Special Competition: 1992 Integration of Europe. $99,862 awarded for faculty exchange between

the University of Pittsburgh School of Law and the Law Faculties of the University of Augsburg, Germany, and the Flemish Free University of Brussels, Belgium

1987-1991: proposal co-author and participant, USIA University Affiliation, Special Competition: Bicentennial of the U.S. Constitution. $50,000 awarded for faculty exchange between the University of Pittsburgh School of Law and the Law Faculty of the University of Augsburg, Federal Republic of Germany

## Contracts:

February 2012 - January 2013: Contract with U.S. Department of Commerce Commercial Law Development Program to provide support for the development of the international commercial law curriculum at University of Jordan School of Law, Amman, Jordan, and Baghdad University School of Law Baghdad, Iraq

August 2010 - July 2011: Contract with U.S. Department of Commerce Commercial Law Development Program to provide support for the development of the international commercial law curriculum at Qatar University School of Law, Doha, Qatar

August 2009 - July 2010: Contract with U.S. Department of Commerce Commercial Law Development Program to provide support for the development of the international commercial law curriculum at UAE University School of Law, Al Ain, UAE

October 2008: Contract to provide courses for US Steel attorneys in Košice, Slovakia

August 2008 - July 2009: Contract with U.S. Department of Commerce Commercial Law Development Program to provide support for the development of the international commercial law curriculum at Sultan Qaboos University School of Law, Muscat, Oman

October 2007: Contract to provide courses for US Steel attorneys in Košice, Slovakia

August 2007 - April 2008: Contract with U.S. Department of Commerce Commercial Law Development Program to provide support for the development of the international commercial law curriculum at the University of Bahrain School of Law

June 2006: Contract to provide courses for US Steel attorneys in Košice, Slovakia

December 2005: Contract to provide courses for US Steel attorneys in Košice, Slovakia

**Representative Presentations**:

"A Significant Seven," panel on "Private International Law: The Year in Review," International Law Weekend, New York, November 6, 2015

"Progress and Status of the Choice of Court Convention in the United States," Symposium on "Private International Law on Stage – National, European and International Perspectives," University of Zenica Faculty of Law, Zenica, Bosnia and Herzegovina, October 23, 2015

"Private International Law in the United States and the European Union," University of Zenica Faculty of Law, Zenica, Bosnia and Herzegovina, October 21, 2015

"Private International Law in the United States and the European Union," University of Sarajevo Faculty of Law, Sarajevo, Bosnia and Herzegovina, October 21, 2015

"Bringing Foreign Judgments to U.S. Courts," CILE 20th Anniversary Symposium, University of Pittsburgh School of Law, September 11, 2015

"Understanding Judgments Recognition," Symposium on "The Changing Relationship Between International Law and U.S. Law," sponsored by the North Carolina Journal of International Law and Commercial Regulation, University of North Carolina School of Law, January 30, 2015

Comments on "When U.S. Treaty Powers and State Law Collide — The Controversy over Implementing the 2005 Hague Convention" by Peter D. Trooboff. New York University Law School Center for Transnational Litigation, Arbitration and Commercial Law Program, November 24, 2015.

"Kosovo Accession to International Organizations: Private International Law," Workshop on "Kosovo as a Member of the International Community – Accession to International Organisations," University of Graz, Austria, March 21, 2014

"Protecting Consumers in Online Transactions: Why EU Consumer Protection Rules Should be Replaced with Rules from 'the Titanic of Worst Decisions' by the U.S. Supreme Court," Foreign Chair Lecture at the University of Ghent Faculty of Law, Ghent, Belgium, March 13, 2014

"The Recognition of Foreign Judgments in the U.S. and Europe and the Hague Conference Judgments Project," Institute for European Studies (IES), Brussels, Belgium, March 11, 2014

Moderator, panel "Private International Law: The Year in Review" at the International Law Weekend hosted by the American Branch of the International Law Association, New York, Oct. 25, 2013

"Contract Drafting Lessons From Rules on Jurisdiction and Choice of Forum in Europe," at the 2013 International Law Weekend-Midwest, held at Washington University School of Law in St. Louis, Missouri, Sept. 20, 2013

**Representative Presentations (cont.):**

"Making U.S. Judgments Recognition Law: A Three-dimensional Chess Game," presented as part of a panel on "Responsible Enforcement of Foreign Judgments," at a symposium on "Transnational Forum Shopping," at Pepperdine University School of Law, Sept. 19, 2013

"The European Court of Justice and Private International Law: An American Perspective," lecture at the University of Prishtina Faculty of Law, Kosovo, June 7, 2013

"An Introduction to U.S. Law" and "U.S. Legal Education," lectures at Moi University School of Law, Eldoret, Kenya, January 14-15, 2013

"A Comparative Law Perspective on *Forum Non Conveniens,*" panel discussion titled "Regulating Forum Shopping: Courts' Use of *Forum Non Conveniens* in Transnational Litigation" at the 18th Annual Herbert Rubin and Justice Rose Luttan Rubin International Law Symposium at the New York University School of Law, On October 25, 2012

"Legal Education and Legal Reform," Conference on "Kosovo After the ICJ Opinion," Center for International Legal Education, University of Pittsburgh School of Law, October 24, 2012

"International Law, Diplomacy, and National Politics: Reflections on the Negotiation and Implementation of the 2005 Hague Convention on Choice of Court Agreements," combined meeting of the Honorable Amy Reynolds Hay Chapter and the W. Edward Sell Chapter of The American Inns of Court, May 17, 2012

"Improving the World of Electronic Commerce:  Synthesizing Online Dispute Resolution, Consumer Protection, Private International Law, and International Arbitration," at the Loyola Chicago University Law School conference on "U.S. Impact On International Commercial Arbitration:  Positive or Negative?" February 10, 2012

"What is the Effect of an International Arbitration Agreement?"  Teach-in on International Arbitration, Ramallah, West Bank, Palestinian Territories, December 7, 2011

"Shaping Rule of Law Through Legal Education," Symposium on "The Shaping of Society and Economy Through Law" at the University of Augsburg Faculty of Law, November 18, 2011

"Private International Law in Action," panel at the International Law Weekend, American Branch of the International Law Association, New York, NY, October 21, 2011

"Due Process and Personal Jurisdiction: Unfinished Business for Foreign Litigants," Seminar on "Constitutional Litigation: Procedural Protections of Constitutionalism in the Americas . . . and Beyond," Duquesne University School of Law, November 6, 2010

"Tricks and Treats in International Litigation and Arbitration," CLE program for Pitt Law Reunion Weekend, October 29, 2010

**Representative Presentations (cont.):**

"Dispute Resolution and Party Autonomy in Cross-border Consumer Transactions," International Law Weekend panel on "Private International Law and Cross Border Consumer Redress," International Law Weekend, October 22, 2010

"The Role of Civil Society and Legal Education in Developing the Rule of Law," Conference on Promoting the Rule of Law: Cooperation and Competition in the EU-US Relationship, University of Pittsburgh, May 6, 2010

"Presenting Argument in International Arbitration," Commercial Law Development Program for University of Bahrain, Sultan Qaboos University and UAE University students, Al Ain, UAE, February 6-14, 2010

"The Export of Legal Education," Palestinian Rule of Law Alumni Reunion, Amman, Jordan, January 24, 2010

"Federalism Issues in the Implementation of Private International Law Treaties," Co-chair of panel, International Law Weekend, New York, NY, October 23, 2009

"Federalism and the Implementation of Treaties," panel discussion at the meeting of the Secretary of State's Advisory Committee on Private International Law, Washington, D.C. October 19, 2009

"A U.S. Perspective on Party Autonomy under the Rome I Regulation," Conference on the Rome I Regulation on the law applicable to contractual obligations, Trinity College Dublin, October 9-10, 2009

Moderator, "Early Career Panel," Conference of the Journal of Private International Law at New York University School of Law, April 17, 2009.

"Vertical Regulation in a Horizontal World: Local Regulation of Global Legal Practice," panel on Private International Law Issues in Commercial Law, Conference of the Journal of Private International Law, New York University School of Law, April 17, 2009.

Primary Discussant, Panel on Private International Law, Special Tribute to Professor Andreas Lowenfeld, held at New York University School of Law, April 16, 2009.

"Comparing the New York Convention and the 2005 Hague Convention on Choice of Court Agreements," Belgrade Arbitration Conference, University of Belgrade, Friday, March 27, 2009

"Treaties and the Separation of Powers in the United States: A Reassessment after *Medellín v. Texas*," Symposium on Separation of Powers in the Americas . . . and Beyond, Duquesne University School of Law, November 7-8, 2008

"Ten developments," panel on Recent Developments in Private International Law, International Law Weekend sponsored by the American Branch of the International Law Association and the Association of the Bar of the City of New York, October 18, 2008

**Representative Presentations (cont.):**

"The 2005 Hague Convention on Choice of Court Agreements: Its History, Rules, Status, and Prospects," 73rd Biennial Conference of the International Law Association, Rio de Janeiro, Brazil, August 18, 2008

"The US-Peru Free Trade Agreement," lectures at the National University of Callao and the University of Piura campus in Lima, Peru, June 21, 2008

"Teaching Methodology: What do we teach and how do we teach it?" Open Society Institute Law Disciplinary Conference for the Academic Fellowship Program in Tbilisi, Georgia. April 12, 2008

"Reciprocity in the Application of Foreign and International Law," Duke University School of Law symposium on Public and Private Law in the Global Adjudication System, sponsored by the Duke Journal of Comparative and International Law and the Center for International and Comparative Law, February 15, 2008

"Competition in the Harmonization of Private Law,"conference on "Economic Law as an Economic Good:  Its Rule Function and its Tool Function in the Competition of Systems," funded by the Thyssen Foundation, Düsseldorf, Germany, November 2-4, 2007

"Legal Education for Foreign Students in the United States," Wuhan University School of Law, Wuhan, China, September 18, 2007

"U.S. Law and Legal Education," China Three Gorges University School of Law, Yichang, China, September 18, 2007

"Changing Competence for Private International Law in Europe," plenary session of the Global Forum on Private International Law at the 20th anniversary meeting of the China Society of Private International Law, Wuhan University, Wuhan, China, September 15, 2007

"The Hague Convention on Choice of Court Agreements," Taiwan Society of Private International Law, Taipei, Taiwan, September 12, 2007

"U.S. law and legal education," Chinese Culture University, Taipei, Taiwan, September 11, 2007

"Law School Teaching Methodology," Workshop on Law School Teaching, University of Bahrain College of Law, March 17-19, 2007

Moderator, Roundtable on the Export of Legal Education, University of Pittsburgh School of Law, January 26-27, 2007

Commercial Law Curriculum Development Workshop, Doha, Qatar, November 13-15, 2006

"Judicial Review and United States Supreme Court Citations to Foreign and International Law," Symposium on Judicial Review in the Americas . . . and Beyond, Duquesne University School of Law, November 10-11, 2006

**Representative Presentations (cont.):**

"Declining jurisdiction:  recent developments in the US, the EU, and the Hague Conference on Private International Law," International Law Weekend program held at the Association of the Bar of the City of New York and sponsored by the International Law Association, October 27, 2006

"The Hague Choice of Court Convention," Biennial Meeting of the International Law Association in Toronto, Canada, June 7, 2006

"Planning for International Commercial Disputes," Universidad Americana Managua, April 28, 2006

"The 2005 Hague Convention on Choice of Court Agreements," ABA International Law Section Spring Meeting Showcase Panel on "Partners in Private International Law, New York, April 5, 2006

"Balancing Sovereignty and Party Autonomy in Private International Law:  Regression at the European Court of Justice" 2006 International Law Roundtable on "Private International Law and Intellectual Property Law:  Theory and Practice," Vanderbilt University Law School, March 24-25, 2006

"A New Role for Litigation in CISG Contracts:  The 2005 Hague Choice of Court Convention," University of Pittsburgh School of Law UNCITRAL Conference on "The CISG and the Business Lawyer:  The UNCITRAL Digest as a Contract Drafting Tool," November 4-5, 2005

"The United States and the Hague Convention on Exclusive Choice of Court Agreements," Temple Law School US-China Private International Law Roundtable, July 11, 2005

"The U.S., the E.U., and the Coming Hague Convention on Exclusive Choice of Court Agreements," University of Bologna Faculty of Law Honors College, Bologna, Italy, May 24, 2005

"An Introduction to U.S. Legal Education," University of Bologna Faculty of Law, Bologna, Italy, May 14, 2005

"An Introduction to the American Judicial System," University of Modena Faculty of Law, Modena, Italy, May 6, 2005

"Who Decides Who Owns the Intellectual Property," at Who owns the ideas?, an Institute of Advanced Studies Workshop, at the Villa Gandolfi Pallavicini, University of Bologna, April 15, 2005

"A U.S. Perspective on Changing Competence for Private International Law in Europe," International Conference to Launch the Journal of Private International Law, King's College, University of Aberdeen, Scotland, March 29, 2005

**Representative Presentations (cont.):**

"An American Perspective on Expanding Community Competence for Private International Law and Judicial Cooperation," Institute for European Law, University of Graz, Austria, March 17, 2005

"CISG Article 31: place of performance and the relationship among substantive law, jurisdiction, and applicable law," conference presentation, "From the 1980 Vienna Conference to the Digest and Beyond: Cases, Analysis and Unresolved Issues in the CISG," Vienna, Austria, March 15, 2005 (celebrating the 25th anniversary of the U.N. Sales Convention and hosted by the United Nations Commission on International Trade Law (UNCITRAL))

"The European Union's New Role in International Private Litigation," Wing-Tat Lee Lecture in International and Comparative Law, Loyola University of Chicago School of Law, January 26, 2005

"International Issues in National Courts," International Law Weekend program held at the Association of the Bar of the City of New York and sponsored by the International Law Association, October 15, 2004

"The Role of Private Law and Private International Law in the United States," European Union Center Conference on "Private Law, Private International Law, & Judicial Cooperation in the EU-US Relationship," University of Pittsburgh, May 7, 2004

"Textual Issues in the Draft Hague Convention on Choice of Court Agreements," Showcase Program on "The New Draft Hague Convention on Choice of Court Agreements and Enforcement of Foreign Judgments – Does the World Need a New York Convention for Litigation?" at the Spring Meeting of the ABA Section of International Law and Practice, New York, April 15, 2004

"Punitive Damages in the U.S. and Their Reception Abroad," CILE symposium on "Punitive Damages in U.S. Courts and Their Reception Abroad," March 22, 2004

"Considering the Future of US-EU Relationships in Private Law and Private International Law: The Hague Conference Choice of Court Convention and Beyond," University of Maryland School of Law Faculty work-in-progress discussion, February 7, 2004

"A View from the United States," Round Table on The 1999 Hague Preliminary Draft Convention on Jurisdiction Foreign Judgments, University of Milan, November 15, 2003

Panel presentation on "Recent Developments in Private International Law," American Branch of the International Law Association, International Law Weekend, New York, October 25, 2003

Panel presentation on "A Tale of Two Unions (Full Faith and Credit and Due Process in the United States – Area of Freedom, Security and Justice in Europe)," Workshop on Judicial Cooperation Between the United States and Europe, held at the headquarters of the

**Representative Presentations (cont.):**

Association of the Bar of the City of New York and sponsored by the Columbia University Law School and the University of Brussels Faculty of Law, May 19, 2003

"Applying a Transactions Test to the CISG Through Article 79," Center for International Legal Education Conference: Beyond the UNCITRAL Digest, Cases, Analysis, and Unresolved Issues in the U.N. Sales Convention, University of Pittsburgh School of Law, February 7, 2003

"Building a Consensus Convention at The Hague," ABA Section on International Law and Practice Spring Meeting, New York, May 8, 2002

"Community Competence for Matters of Judicial Cooperation at the Hague Conference on Private International Law: A View from the United States," New Possibilities for Cooperation with the European Union: Community Competence for Matters of Judicial Cooperation, University of Pittsburgh School of Law, March 21, 2002

"Sovereignty: The State, the Individual, and the International Legal System in the Twenty-First Century," Hastings International & Comparative Law Review Symposium on International Law and the Changing Face of Sovereignty, Hastings College of The Law, San Francisco, CA, February 1, 2002

"Comparative *Forum Non Conveniens* and the Hague Judgments Convention," Section on Conflict of Laws, AALS Annual Meeting, New Orleans, LA, January 4, 2002

"The History and Status of the Hague Jurisdiction and Judgments Convention," Cornell Law School International Law Forum, Paris, France, June 29, 2001

"Understanding Activity-Based Jurisdiction," Seminar of the Union Internationale des Avocats, Edinburgh, Scotland, April 21, 2001

"Unistate Lawyers and Multinational Practice: Dealing with International, Transnational and Foreign Law," Vanderbilt University Law School' spring symposium on "Being a Transnational Lawyer: Reconciling Conventional Ethical Standards with the Realities of a Global Practice," Nashville, TN, March 17, 2001

"Jurisdiction in International Intellectual Property Law Disputes: The Hague Convention," Pittsburgh Intellectual Property Law Association, February 21, 2001

"Concepts, Consensus and the Status Quo Zone: Getting to 'Yes' on a Hague Jurisdiction and Judgments Convention," Third Trilateral Meeting of the American Society of International Law, Canadian Council of International Law and the Japanese Society of International Law, Ottawa, Canada, October 24-25, 2000

"Introduction to the Hague Judgments Convention Preliminary Draft Convention," Center for Advanced Study and Research on Intellectual Property, High Technology Protection Summit 2000, University of Washington School of Law, July 21-22, 2000

**Representative Presentations (cont.):**

Commentator, A Global Law of Jurisdiction and Judgments: Lessons from the Hague, Cornell Law School and Université I Panthéon-Sorbonne, Paris, July 8, 2000

"Transnational Litigation: Jurisdiction and Enforcement of Foreign Judgments," (CLE program organizer and participant), Pittsburgh, PA, April 11, 2000

"Multidisciplinary and Multijurisdictional Practice; The Future of the Global Practice of Law," (CLE program organizer and participant), Pittsburgh, PA, March 22, 2000

"Compliance with the Foreign Corrupt Practices Act: The International Anti-Bribery and Fair competition Act of 1998 and the OECD convention on Combating Bribery of Foreign Public Officials in International Business," (CLE program organizer and participant), Pittsburgh, PA, February 9, 2000

"Understanding the Draft Hague Judgments Convention," ABA Annual Meeting, August 9, 1999

"Results of the Hague Conference negotiations on a global convention on jurisdiction and the effect of foreign judgments," German American Lawyers Association, Frankfurt, Germany, June 18, 1999

"Enforcing Foreign Judgments: The Common Law, Statutes and a Multilateral Judgments Convention," for the "Briefing Session on the Proposed Hague Conference Convention on Jurisdiction and the Enforcement of Foreign Judgments," ABA Annual Meeting, Toronto, August 4, 1998

Moderator and Commentator, "Proscribing Weapons of Mass Destruction: Principles, Norms, and Law – contributions of Religion, International Law, and Treaties," Conference on Eliminating Weapons of Mass Destruction, University of Pittsburgh, May 13-14, 1999

"Negotiating a Worldwide Convention on Jurisdiction and the Recognition of Foreign Judgments," University of Georgia School of Law, September 11, 1998

"Tort Jurisdiction in a Multilateral Convention: The Lessons of the Brussels Convention," Symposium on "Enforcing Judgments Abroad: The Global Challenge," Brooklyn Law School, November 6, 1997

"Professional Responsibility in a Transnational Transactions Practice," Symposium on "Ten Years of the U.N. Sales Convention," University of Pittsburgh School of Law, October 17, 1997

"A Worldwide Convention on Jurisdiction and the Recognition of Foreign Judgments: A U.S. Perspective on the Problems and Likelihood for Success," University of Augsburg Faculty of Law, July 11, 1997

"Punitive Damages in U.S. Law and the German Response to Requests to Enforce Them," University of Augsburg Faculty of Law, July 9, 1997

**Representative Presentations (cont.):**

"National Sovereignty and the World Trade Organization," World Federalist Association of Pittsburgh, February 26, 1997

"Functional Changes in Property Rights in the Welfare State," Workshop on Welfare States in Transition, Free University of Berlin, November 15-16, 1996

"Environment and Trade," AALS/ASIL Workshop on International Law, Washington, D.C. June 13-15, 1996

"The Economic Rationale for a Judgments Convention and German Response to U.S. Punitive Damages," German-American Lawyers Association, Köln, Germany (June 3, 1996)

"Direct Effect of International Economic Law in the United States and the European Community," American Society of International Law Interest Group on International Economic Law Conference on Institutions for International Economic Integration, Washington, D.C. (May 16-19, 1996)

"Foreign Judgments in U.S. Courts," 13th International Trade Law Seminar, Department of Justice Canada and Canadian Bar Association, Ottawa, Ontario (October 19, 1995)

"Introduction to American Law: The Foundations of Public and Private Law in the United States," Samsung/KAIST Summer Institute, Carnegie Mellon University (July 12, 1995)

"Recognition of Foreign Judgments as a Trade Law Issue: The Economics of Private International Law," Conference on Economic Analysis of International Law, The George Mason University School of Law & Economics (May 5-6, 1995)

"The General Agreement on Tariffs and Trade and the World Trade Organization," at the Brussels Seminar on the Law & Institutions of the European Community, Institut d'Etudes Europeénses, Université Libre de Bruxelles (July 14-15, 1994)

"Das Allgemeine Zoll-Und Handelsabkommen – GATT – Und Die Welthandelsorganisation," University of Augsburg, Germany (July 5, 1994)

"Identifying New Trends in International Law," 1994 Spring Conference of International Law Journals, Washington, D.C. (April 5, 1994)

"Competing Philosophies of GATT Dispute Resolution: The Impact of the Uruguay Round," Symposium on "Transforming the Global Economy," University Center for International Studies, University of Pittsburgh (March 28, 1994)

"Integrating Theory and Practice," Workshop on "Interdisciplinary Approaches to International Economic Law," sponsored by the Interest Group on International Economic Law of the American Society of International Law, Washington, D.C. (February 27, 1994)

"Enforcement of Judgments in the U.S. and Europe," Symposium on U.S.-EC Legal Relations, Allegheny County Bar Association (October 29, 1993)

**Representative Presentations (cont.):**

"National Approaches to International Trade Disputes," colloquium on "International Settlement of Disputes: into the 21st Century," University of Georgia School of Law (March 5-6, 1993)

"Dispute Resolution in GATT: The US-EC Oilseeds Dispute," Lectures for the United States Information Service, United States Embassy, Paris, France: University of Paris XII, November 30, 1992; Ecole Superieure de Commerce, Lille, December 1, 1992; Centre d'Enseignement et de Recherch Appliquee au Management (CERAM), Sophia Antipolis (December 2, 1992)

"GATT and United States Trade Law: The Incomplete Implementation of Comparative Advantage Theory," Law and Economics Symposium, Duquesne University School of Law (March 13-14, 1992)

"GATT and the Evolution of U.S. Trade Laws," Symposium: The Uruguay Round and the Future of World Trade, Co-sponsored by The Brooklyn Law School Center for the Study of International Business Law and the International Economic Law Interest Group of the American Society of International Law, Brooklyn, New York (November 15, 1991)

"The Role of the European Court of Justice in International Trade Law Matters," West European Studies Program: The Emerging Europe Lecture Series, University of Pittsburgh Center for International Studies (March 18, 1991)

"Assessing Legal and Political Risks for International Managers," Students in Free Enterprise, Bethany College, Bethany, West Virginia (October 29, 1990)

"Private Parties and Dispute Resolution in International Trade Matters," The Law Fellows of the University of Pittsburgh School of Law (October 23, 1990)

"United States Trade Laws and Practices," Prague and Bratislava, Czechoslovakia (October 16 & 18, 1990) (paper translated into Czech [Americke Obchodni Zakony A Predpisy, Jak Obchodovat S Podniky U.S.A.] for United States Trade Development Program on "How to Develop Trade and Commercial Relations with U.S. Enterprises")

"The U.S. Constitution as it Applies to International Trade," Complutense University School of Law, Madrid, Spain (February 6, 1990)

"Dispute Resolution in International Trade," United States Cultural Center, Madrid, Spain (February 5, 1990)

"Dispute Resolution in International Trade Law: Private Party Access to the Rules of the GATT," University of Paris X, (January 1990)

Moderator, "Survey of Current Trading in Financial Instruments," American Society of International Law Interest Group on International Economic Law seminar on "Global Trading in Financial Instruments: Market Development and Regulatory Challenges," Chicago Mercantile Exchange (April 5, 1989)

**Representative Presentations (cont.):**

"Implications of the United Nations Convention on Contracts for the International Sale of Goods," U.S. Department of Commerce International Business Breakfast, Pittsburgh, PA (May 13, 1988)

"Problems Concerning the Enforcement of Foreign Judgments in the United States," Panel Presentation, Spring Meeting of the International Law and Practice Section of the American Bar Association, Washington, D.C. (April 25, 1988)

"Nonconvention Issues in the Drafting of International Contracts," Symposium on United Nations Convention on Contracts for the International Sale of Goods, University of Pittsburgh School of Law (October 23, 1987)

**Law School Activities**:
Committees:
    Steering Committee, 1984-85, 1987-88, 1992-93, 1998-99, 1999-2000, 2008-09 (Chair)
    Appointments Committee, 1987-88, 1988-89, 1990-91 (Chair)
    Planning and Budget Committee, 1986-87, 1987-88, 1995-96, 1998-99 (Chair), 1999-2000 (Chair), 2001-02, 2003-04, 2004-05, 2007-08, 2008-09
    Certificate Programs Committee, 2006-07 (Chair), 2007-08 (Chair), 2008-09, 2009-10 (Chair), 2010-2011 (Chair), 2011-12, 2012-13, 2013-14 (Chair), 2014-15 (Chair), 2015-16 (Chair)
    Colloquium Committee, 1983-84, 1985-86 (Chair); 2003-04, Fall 2004 (Chair)
    Curriculum Committee, 1991-92 (Chair), 1993-94 (Chair), 1994-95, 1997-98
    International Programs Committee, 1992-1995; ex officio, 1995-2009
    Assessing Student Learning Outcomes, 2014-15
    Hearing Board, 1994-95 (Chair)
    Legal Writing, 1996-97
    Library & Technology, 2002-03 (Chair)
    Petitions Committee, 1994-95 (Chair), 2015-16
    Placement Committee, 1984-85, 1992-93 (Chair)
    Pitt Law Faculty Association Litigation Committee, 1983-84
    Ad Hoc Committee on Strategic Planning, 2006-07
    Ad Hoc Committee on Curricular Review, 2007-08

Symposium Co-organizer & Participant:
    "Getting On Top of International Commercial Law and Arbitration," Mar. 28, 2008
    "The Export of Legal Education: An Evaluation of its Promise and Impact in Transition Countries," Jan. 26-27, 2007
    "The CISG and the Business Lawyer: The UNCITRAL Digest as a Contract Drafting Tool," Nov. 4-5, 2005
    "Private Law, Private International Law and Judicial Cooperation in the EU-US Relationship," May 7-8, 2004
    "Beyond the UNCITRAL Digest: Cases, Analysis and Unresolved Issues in the U.N. Sales Convention," February 7, 2003
    "Ten Years of the United Nations Sales Convention," October 17, 1997
    "International Sales Contracts Under the United Nations Convention on Contracts for the International Sale of Goods," October 23, 1987
    "Current Issues in International Antitrust Law," February 1985

Faculty Advisor:
    International Law Society, 1982-present
    Amnesty International, 1982-1984, 1986-1992
    Lawyers Alliance for Nuclear Arms Control, 1983-1986
    Jessup International Law Moot Court, 1982-1985, 1997
    Niagara International Law Moot Court, 1984-present
    Willem C. Vis International Arbitration Moot, 1994-present (with Harry Flechtner)

Chair, Dissertation Committee for S.J.D. graduate, Yi Ting Cheng, 2007-2012
Chair, Dissertation Committee for S.J.D. candidate, Zveneslava Opeida, 2013-present
Chair, Dissertation Committee for S.J.D. candidate, Hisham Ababneh, 2014-present

**University Activities**:
Provost's Graduate Studies Planning Group, 2014-present

Provost Area Planning and Budget Committee, 2010-12

Provost's Advisory Council on Institutional Excellence, 2006-09

Personnel Committee, Graduate School of Public and International Affairs (GSPIA), 2003-present

Provost's Special Committee for Selection of University Speakers & Honorees, 1996-present

Faculty Advisory Committee, University Center for International Studies, 1991-present

Faculty Advisory Committee, Center for West Studies/European Union Center, 1998-present

Ad Hoc Planning and Budgeting System Review Committee, 2001-03

Faculty Member, University Board of Trustees Institutional Advancement Committee, 1996-97

International Development Project/Technical Assistance Task Force, 1997-99

Working Group for the International Development Program, University Center for International Studies, 1991-97

Comprehensive University Housing Study Committee, 1995-97

Senate Plant Utilization and Planning Committee, 1990-96

Faculty Member, Chancellor's Advisory Committee on University Investment Policy 1987-88

Various dissertation committees for Ph.D. candidates and thesis committees for M.A. candidates, University of Pittsburgh Graduate School of Public and International Affairs (GSPIA)

Senate Budget Policies Committee, 1983-89; Co-Secretary, 1986-87; Chair, 1988-89
   Subcommittee memberships:  Compensation; Cost Studies; Joint Faculty-Administration Committee on Salary Policy (Co-chair, 1988-89); Liaison to Business and Finance; Liaison to Provost; Liaison to Development and Public Relations (chair, 1987-89); Ad hoc Budget Policies/Educational Policies Subcommittee on University Student Internship Office (chair), Ad hoc Subcommittee for Review of Proposal for Reorganization of the School of Education, Ad hoc Subcommittee for the Review of University Investment Policy (chair), Ad hoc Committee for Review of Proposal for Merger of Department of Law and Justice with Graduate School of Public and International Affairs

**Community Activities**:
Member, Planning Committee, McLean Lecture on World Law (co-sponsored by the World Federalist Association (now Citizens for Global Solutions Education Fund – Pittsburgh) and the School of Law), 1992-present

Member, Board of Directors, Citizens for Global Solutions Education Fund – Pittsburgh, 2004-2010

Member, Advisory Committee, World Regional Integration Lecture (co-sponsored by the University of Pittsburgh and the World Federalist Association of Pittsburgh), 1997-2001

Member, Board of Directors, Caring Professional Resources, Inc. (subsidized personal counseling service), Pittsburgh, PA, 1992-95

Member, Board of Directors, Interfaith Committee on Housing, Inc., Pittsburgh, PA, 1985-88; Vice President, 1987-88

Mifflin Avenue United Methodist Church, Pittsburgh, PA, Chairman, Administrative Board, 1992-94; Lay Leader, 1999-2004

Member, Steering Committee, International Lawyers Roundtable of the Greater Pittsburgh World Trade Association, 1989-93

Member, Board of Directors, Walworth County Ministry to the Aging, Inc., Elkhorn, WI, 1980-82

**Association Memberships**:
Allegheny County Bar Association
American Bar Association
American Law Institute
American Society of Comparative Law
American Society of International Law
International Bar Association
International Law Association

**Consulting**:
Consultant and expert witness in various cases involving enforcement of foreign judgments, legal malpractice, estate planning, and probate litigation

Example of decision based on expert opinion: Baxter Int'l Inc. v. AXA Versicherung AG, 908 F.Supp.2d 920, (N.D.Ill., Nov. 7, 2012)

**Bar Admissions**:

    Wisconsin, 1977 (relinquished 1998)

    Pennsylvania, 1997

    U.S. Courts of Appeals:

        Third Circuit, 1985

        Federal Circuit, 1988

    U.S. District Courts:

        W.D. Wisconsin, 1980

        E.D. Wisconsin, 1981

    U.S. Court of International

        Trade, 1988

**References**:   available upon request

**Representative Listings**:

Who's Who in the World

Who's Who in America

2000 Outstanding Intellectuals of the
  21st  Century