United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

__16__ CV __2327 (DLI) (CLP)__

indicated that this case is related to the following case(s):

____15-cv-6099 (RJD)___

_____

_____