UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDUARDO LI,

          Plaintiff,

- against -

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, AXIS SPECIALTY EUROPE SE,

          Defendants.

Docket No. 15-cv-06099-RJD

**STIPULATION AND CONSENT TO CHANGE COUNSEL**

**IT IS HEREBY STIPULATED AND CONSENTED TO THAT** Clyde & Co US LLP, The Chrysler Building, 405 Lexington Avenue, 16th Floor, New York, New York 10174, shall be substituted as attorneys of record for defendants Certain Underwriters at Lloyd's London and AXIS Specialty Europe SE. in the above-entitled action in place and instead of Wilson Elser Moskowitz Edelman & Dicker LLP as of the date hereof.

Dated:    New York, New York
            May 11, 2016

| **CLYDE & CO US LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** |
|---|---|
| By:   s/Michael Knoerzer<br>Michael Knoerzer<br>Michael.Knoerzer@clydeco.us<br>The Chrysler Building<br>405 Lexington Avenue<br>16th Floor<br>New York, New York 10174<br>(212) 710-3900 | By:   s/Jonathan Meer<br>David S. Sheiffer<br>David.Sheiffer@wilsonelser.com<br>Margaret M. Murphy<br>Margaret.Murphy@wilsonelser.com<br>Jonathan E. Meer<br>Jonathan.Meer@wilsonelser.com<br>150 East 42nd Street<br>New York, New York 10017-5639<br>(212) 490-3000 |

7438811v.1

CERTAIN UNDERWRITERS AT LLOYD'S LONDON

By: _____
Gary Mann
Senior Claims Adjuster
Brit Global Specialty
The Leadenhall Building
122 Leadenhall Street
London EC3 4AB
Tel: +44(0)203 857 0102

AXIS SPECIALTY EUROPE SE

By: _____
Craig Downey AC II
VP – Professional Lines Claims
AXIS Specialty Europe SE
4th floor, Plantation Place South,
60 Great Tower Street,
London, EC3R 5AZ
Tel +44(0) 207 877 3886