

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212 710 3900
Facsimile: 212 710 3950

May 11, 2016

**By Hand**

Burt Garson, esq.
McKool Smith, P.C.
One Bryant Park
47th Floor
New York, NY 10036

    Re:    *Li v. Certain Underwriters at Lloyd's, London et al*, 1:15-cv-06099-RJD-RML

Dear Mr. Garson:

On behalf of Defendants Certain Underwriters at Lloyd's, London and Axis Specialty Europe SE, please find the enclosed Defendants' Notice of Motion for Reconsideration of this Court's April 27, 2016 Order, Memorandum in Support of Defendant's Motion for Reconsideration of this Court's April 27, 2016 Order, and certificate of service.

Sincerely,


Michael Knoerzer
Clyde & Co US LLP


Enclosures.