UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

EDUARDO LI,

                Plaintiff,

-against-

CERTAIN UNDERWRITERS AT LLOYD'S,
AXIS SPECIALTY EUROPE SE,

                Defendant.

------------------------------------------------------X

Case No. 15-cv-06099-RJD

**STIPULATION AND CONSENT TO CHANGE COUNSEL**

Application granted.

s/ RML

6/6/16

IT IS HEREBY STIPULATED AND CONSENTED TO THAT Dykema Gossett PLLC, 10 South Wacker Drive, Suite 2300, Chicago, IL 60606, shall be substituted as attorneys of record for defendant Eduardo Li in the above-entitled action in place and instead of McKool Smith, P.C. as of the date hereof.

Dated: May 26, 2016

| DYKEMA GOSSETT PLLC | McKOOL SMITH, P.C. |
|---|---|
| By: *Karen Courtheoux*<br>Karen Courtheoux<br>Kcourtheoux@dykema.com<br>10 S. Wacker Drive<br>Suite 2300<br>Chicago, IL 60606<br>Telephone: (312) 876-1700<br>Facsimile: (312) 876-1155 | By: *Burt M. Garson*<br>Burt M. Garson<br>bgarson@mckoolsmith.com<br>One Bryant Park 47th Floor<br>New York, NY 10036<br>Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

**EDUARDO LI**

_____
Eduardo Li
c/o Samuel Rosenthal
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
New York, NY 10112
212-872-9800