```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
EDUARDO LI,                                                :    Case No. 15-cv-06099-RJD
                                                           :
                Plaintiff,                                 :    **STATUS REPORT**
                                                           :
        -against-                                          :
                                                           :
CERTAIN UNDERWRITERS AT LLOYD'S,                           :
AXIS SPECIALTY EUROPE SE,                                  :
                                                           :
                Defendant.                                 :
                                                           :
-----------------------------------------------------------X
```

NOW COMES Plaintiff, EDUARDO LI ("Li") by and through his attorneys, Dykema Gossett PLLC and provides the following status report:

This matter was initiated by Li in New York state court relative to a coverage dispute under a Directors and Officers Legal Liability policy issued by defendants. Li, an official of the Federacion Internationale de Football Association ("FIFA") was charged with an international racketeering conspiracy. He sought coverage for criminal defense costs associated with his indictment under a directors and officers liability policy issued by the defendants. Li sought a preliminary injunction and sought an order directing defendants to pay his criminal defense costs. Defendants removed the case to federal district court citing diversity of citizenship. Defendants then sought to dismiss the case based on *forum non conveniens* and a forum selection clause in the policy. Li argued that this Court could assert ancillary jurisdiction over this matter.

This Court entered an order on April 27, 2016 finding that the exercise of ancillary jurisdiction was proper. The Court considered and rejected each of the defendants' arguments urging dismissal and directed defendants to pay Li his defense costs.

Defendants filed a motion to reconsider the April 27, 2016 order. Li filed a response in opposition. The motion is now fully briefed and awaiting ruling.

Defendants are in the process of reimbursing Li his outstanding defense costs, which payments should be completed by Wednesday June 29, 2016.

Following the April 27, 2016 order, Defendants paid all outstanding invoices submitted for Li's defense costs. Since that payment, Defendants have received an additional $278,586.81 in invoices from Li's defense counsel, and have initiated discussions with Li's defense counsel regarding whether the entirety of the submitted invoices constitute proper defense costs under the policy. While reserving all rights under the policy, Defendants will be making an additional payment of $235,000 to Li's defense counsel next week.

Dated: June 24, 2016

Respectfully submitted,

By: *Karen Courtheoux*
One of the Attorneys for Plaintiff, Eduardo Li

Karen Courtheoux
Kcourtheoux@dykema.com
Jonathan Feld  *pro hac pending*
jfeld@dykema.com
Rosa M. Tumialán  *pro hac pending*
rtumialan@dykema.com
DYKEMA GOSSETT PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL  60606
Telephone:  (312) 876-1700
Facsimile:  (312) 876-1155

## CERTIFICATE OF SERVICE

I hereby certify that, on June 24, 2016, I electronically filed Plaintiff's Status Report with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to counsel of record.

Respectfully submitted,

s/*Karen Courtheoux*