**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

EDUARDO LI,

                   Plaintiff,

        - against -

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, AXIS SPECIALTY EUROPE SE,

              Defendants.

1:15-cv-06099 (RJD) (JO)

**NOTICE OF APPEAL**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Defendants Certain Underwriters at Lloyd's, London and

AXIS Specialty Europe SE hereby appeal to the United States Court of Appeals for the Second

Circuit from this Court's April 27, 2016 Order granting Plaintiff Eduardo Li's motion for a

preliminary injunction.

Dated: New York, New York
       September 14, 2016

                         Respectfully submitted,

                         /s/ Michael Knoerzer
                         Michael Knoerzer
                         Michael.Knoerzer@clydeco.us
                         Clyde & Co US LLP
                         The Chrysler Building
                         405 Lexington Avenue, 16th Floor
                         New York, New York 10174
                         (212) 710-3900