UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

EDUARDO LI,

    Plaintiff,

-against-

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON, AXIS SPECIALTY
EUROPE SE,

    Defendant.

---------------------------------------------------------- X

INDEX NO. 15 CV 06099 (RJD)

## STIPULATION TO DISMISS

NOW COME Plaintiff, EDUARDO LI and Defendants CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, AXIS SPECIALTY EUROPE SE, by and through their respective counsel, and under Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a voluntary dismissal of this action, with prejudice, each party to bear their own fees and costs.

April 10, 2017

/s/ Rosa M. Tumialán
Rosa M. Tumialán
rtumialan@dykema.com
Dykema Gossett PLLC
10 S. Wacker Dr., Ste. 2300
Chicago, IL 60606
Tel. (312) 876-1700

Attorneys for EDUARDO LI

/s/ Simone R. Bonnet
Michael A. Knoerzer
michael.knoerzer@clydeco.us
Simone R. Bonnet
simone.bonnet@clydeco.us
The Chrysler Building
405 Lexington Ave
New York, New York 10174
Tel: (212) 710-3900

Attorneys for CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON, AXIS SPECIALTY
EUROPE SE

So Ordered.

S/ Raymond J. Dearie

4/11/17

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2017, I caused the foregoing document to be filed with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all registered participants.

/s/*Paula M. Wegrzyn*